# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goeke, Joseph R. | United States Tax Court | 03/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Active Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Room 410
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNMA | A | Interest | K | T | | | | | |
| 2. Johnson and Johnson stock | A | Dividend | J | T | Buy | 1/2/13 | J | | |
| 3. Google Stock | | None | J | T | Buy | 1/2/13 | J | | |
| 4. American Campus Communities | A | Dividend | J | T | Buy | 1/02/13 | J | | |
| 5. Western Bank of PR - CD | A | Interest | K | T | | | | | |
| 6. NY NY Bonds | C | Interest | L | T | | | | | |
| 7. Chevy Chase Bank (now Capital One) | A | Interest | K | T | | | | | |
| 8. Paychex Inc | A | Dividend | J | T | Buy | 1/2/13 | J | | |
| 9. Citibank Accounts | A | Interest | K | T | | | | | |
| 10. Proctor & Gamble - common stock | E | Dividend | N | T | Buy (add'l) | 10/18/13 | N | | |
| 11. Nestle SA Shares | D | Dividend | J | T | | | | | |
| 12. Franklin Fed Tax-Free Income Fund | E | Interest | N | T | | | | | |
| 13. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 14. Microsoft Corp | A | Dividend | J | T | | | | | |
| 15. College Illinois Tuition Plan | C | Interest | | | Redeemed | 9/12/13 | J | C | |
| 16. Euro Pac Growth Fund | E | Dividend | K | T | | | | | |
| 17. AT&T Inc. - senior notes | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FICO - Bonds | B | Interest | L | T | | | | | |
| 19. Resolution FDG Corp. - Fed Bonds | A | Interest | J | T | | | | | |
| 20. U.S. Treasury - Bonds | B | Interest | K | T | | | | | |
| 21. Vanguard Consumer fund | A | Int./Div. | J | T | Buy | 1/2/13 | J | | |
| 22. Metlife - Bonds | B | Interest | K | T | | | | | |
| 23. Capital One Bank - CD | A | Interest | K | T | | | | | |
| 24. Bank of Nova Scotia stock | A | Dividend | K | T | Buy | 07/12/13 | K | | |
| 25. Barclay Bank PLC - Bonds | A | Interest | K | T | | | | | |
| 26. Fed Natl Mtge Assn - Bonds | A | Interest | K | T | | | | | |
| 27. Cohen & Stearns Intl - Bonds | A | Interest | J | T | | | | | |
| 28. Darby Bank - CD | A | Interest | K | T | | | | | |
| 29. Goldman Sachs - CD | A | Interest | K | T | | | | | |
| 30. Great Hall - Investment Funds | A | Interest | K | T | | | | | |
| 31. Harris PFD Capital Corp. - Pref stks | B | Interest | K | T | | | | | |
| 32. Morgan Stanley - CD | A | Interest | | | Redeemed | 10/15/13 | J | A | |
| 33. Prudential PLC - Bonds | B | Interest | K | T | | | | | |
| 34. Southwestern Bank | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America - Bonds | A | Interest | L | T | | | | | |
| 36. General Electric - Bonds | B | Interest | M | T | | | | | |
| 37. Provident Bank - Accounts | C | Interest | K | T | | | | | |
| 38. Transportation Alliance - CD | B | Interest | L | T | | | | | |
| 39. Growth Fund of America | A | Dividend | J | T | | | | | |
| 40. Pioneer Cullen - Value Fund | A | Dividend | J | T | | | | | |
| 41. DWS Conservative - Allocation Fund | C | Dividend | M | T | | | | | |
| 42. Goldman Sachs - Bonds | C | Interest | | | Redeemed | 10/15/13 | K | A | |
| 43. GMAC - Bonds | C | Interest | L | T | | | | | |
| 44. New Jersey Economic Dev Auth-Bonds | A | Interest | K | T | Buy | 10/22/13 | K | | |
| 45. Eagle Mid - Capital Fund | A | Dividend | J | T | | | | | |
| 46. HSBC Holdings PLC - Pref | A | Distribution | L | T | | | | | |
| 47. Prime Money Market fundRBC Reserve fund | A | Dividend | K | T | Buy | 10/22/13 | K | | |
| 48. Pioneer Cullen - Value Fund C | A | Dividend | K | T | | | | | |
| 49. Chain Bridge Bank - Stock | | None | K | T | Buy (add'l) | 3/15/13 | J | | |
| 50. National Grid PLC | A | Dividend | J | T | | | | | |
| 51. Citigroup - Shares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BB&T - Account | A | Interest | J | T | | | | | |
| 53. Palm Beach County Fla Bonds | A | Interest | L | T | | | | | |
| 54. USB Capital - Bonds | A | Interest | J | T | | | | | |
| 55. CMA - Tax Exempt Fund | A | Interest | J | T | | | | | |
| 56. Calamos - Und | A | Dividend | J | T | | | | | |
| 57. Treasury - Level Plus Fund | B | Interest | M | T | | | | | |
| 58. Merill Lynch - Bank Deposit Prog. | A | Interest | J | T | | | | | |
| 59. Verizon New England - Bonds | A | Interest | J | T | | | | | |
| 60. Flagherty & Crumrine - Bonds | A | Interest | J | T | | | | | |
| 61. Fidelity - Income Fund | A | Interest | K | T | | | | | |
| 62. Merrill Lynch - CMA Fund | A | Interest | J | T | | | | | |
| 63. Jefferson Pilot - Ins. Policies | B | Dividend | L | T | | | | | |
| 64. Berkshire - Life Ins. Policy | D | Dividend | L | T | | | | | |
| 65. ABN AMRO - Cap Fund TR VII | A | Interest | J | T | | | | | |
| 66. Citrus Bank | A | Interest | J | T | | | | | |
| 67. Lehman Bros - Bonds | B | Interest | L | T | | | | | |
| 68. Evergreen - Wells Fargo Asset Allocation Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oregon School Bonds | C | Interest | M | T | | | | | |
| 70. Fed. Natl Mtge Assn - Bonds | A | Interest | K | T | | | | | |
| 71. Citigroup - Capital Bonds | A | Interest | J | T | | | | | |
| 72. BAC - Capital Trust Bonds | A | Interest | J | T | | | | | |
| 73. General Mills stock | A | Dividend | K | T | Buy | 4/12/13 | K | | |
| 74. Columbia - Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 75. Sentinel - Small Co. Fund | A | Dividend | J | T | | | | | |
| 76. Metlife - Insurance | A | Dividend | K | T | | | | | |
| 77. LCNB - Stocks | | None | | | Sold | 1/3/13 | J | A | |
| 78. GNMA - Bonds | A | Interest | J | T | | | | | |
| 79. Discover - Bonds - CD | A | Interest | K | T | | | | | |
| 80. Washington State Economic Development Bonds | A | Interest | L | T | | | | | |
| 81. Blacks Rock Global | A | Dividend | J | T | | | | | |
| 82. Google - Stock | A | Dividend | J | T | | | | | |
| 83. ML Bank USA | A | Interest | J | T | | | | | |
| 84. Bank Of Nova Scotia | B | Dividend | L | T | | | | | |
| 85. PIMCO - All Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Port St. Lucie Bonds | A | Interest | K | T | | | | | |
| 87. Aegon NV Bonds | A | Interest | K | T | | | | | |
| 88. McDonalds Corp. | A | Dividend | L | T | | | | | |
| 89. Bank of Okla | A | Interest | | | Redeemed | 5/20/13 | L | | |
| 90. ING Group | A | Interest | K | T | | | | | |
| 91. Eaton Vance Risk Managed Fund | A | Dividend | J | T | | | | | |
| 92. JP Morgan Chase - CD | C | Interest | L | T | | | | | |
| 93. Bank of Okla. - CD | C | Interest | | | Redeemed | 5/20/13 | L | | |
| 94. Power Shares Bank Amer. - Bonds | A | Interest | K | T | | | | | |
| 95. HSBC Bank - CD | C | Interest | L | T | | | | | |
| 96. IL Pension Boards - Bonds | C | Interest | L | T | | | | | |
| 97. Suntrust Bank C/D | B | Interest | M | T | Buy | 02/23/13 | M | | |
| 98. H.J. Heinz stock | A | Dividend | | | Sold | 2/27/13 | K | C | |
| 99. Conoco Phillips | A | Dividend | J | T | | | | | |
| 100. exelon corp | A | Dividend | J | T | Sold (part) | 1/3/13 | K | B | |
| 101. intel | A | Dividend | K | T | | | | | |
| 102. Chevron | A | Dividend | | | Sold | 4/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. uit trust | B | Dividend | | | Redeemed | 5/15/13 | L | D | |
| 104. Royal bank of Scotland | A | Dividend | K | T | | | | | |
| 105. S.A. SP ADR | | None | J | T | Buy | 4/20/13 | J | | |
| 106. Vodafone Grop plc sp adr | | None | J | T | Buy | 4/20/13 | J | | |
| 107. FIA | A | Dividend | J | T | | | | | |
| 108. Putnam Capital Spectrum | C | Dividend | K | T | | | | | |
| 109. DWS Ultra Short Duration | A | Dividend | J | T | | | | | |
| 110. Kellogg | C | Dividend | | | Sold | 4/29/13 | K | C | |
| 111. GE | A | Dividend | | | Sold | 4/29/13 | J | | |
| 112. kimberly clark | B | Dividend | K | T | | | | | |
| 113. marathon oil | A | Dividend | | | Sold | 8/07/13 | J | A | |
| 114. sims metal | A | Dividend | | | Sold | 4/29/13 | J | | |
| 115. MTA Mass rapid transit bonds | B | Interest | L | T | | | | | |
| 116. Lansing Michigan bonds | A | Interest | J | T | | | | | |
| 117. Fort Lauderdale bonds | B | Interest | L | T | | | | | |
| 118. Anne Arundel co. bonds | B | Interest | K | T | | | | | |
| 119. New orleans bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Metropolitan Transportation Bonds | B | Interest | K | T | Buy | 10/15/13 | K | | |
| 121. UIT Advisors Fund | A | Int./Div. | J | T | Buy | 9/11/13 | J | | |
| 122. Palm Beach County bonds | C | Interest | L | T | Buy | 10/15/13 | L | | |
| 123. Fort Lauderdale Pension bonds | B | Interest | K | T | Buy | 10/15/13 | K | | |
| 124. Anne Arundel County MD bonds | B | Interest | K | T | Buy | 10/15/13 | K | | |
| 125. Goldman Sachs C/D | A | Interest | K | T | Buy | 9/18/13 | K | | |
| 126. Smuckers stock | A | Dividend | J | T | Buy | 10/15/13 | J | | |
| 127. TAL Int Group Inc | | None | | | Buy | 10/15/13 | J | | |
| 128. Tal Int Group Inc | | None | | | Sold | 12/04/13 | J | B | |
| 129. Hartford Floating Rate Fund | B | Int./Div. | K | T | Buy | 6/04/13 | K | | |
| 130. Shrewsbury mass bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Goeke, Joseph R. | 03/25/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph R. Goeke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544